## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 3, 2014

*By the Court:*

| No.: 14-8003 | IN RE: <br> MOTOROLA MOBILITY LLC, <br> Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:09-cv-06610 <br> Northern District of Illinois, Eastern Division <br> District Judge Joan B. Gottschall ||

Upon consideration of the **APPELLANT MOTOROLA MOBILITY'S MOTION FOR CLARIFICATION**, filed on July 2, 2014, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the court's order dated July 1, 2014, is clarified as follows. The briefs must comply with the page limitation or type-volume limitation set forth in Fed. R. App. P. 32(a)(7). This court's order dated July 1, 2014, provides that "[t]he panel has decided to rehear this appeal." No extensions of time will be granted in light of the oral argument scheduled for July 21, 2014. Any motions to participate as amicus curiae must comply with Fed. R. App. P. 29, and any potential amicus curiae should be aware of the scheduled date of oral argument.