# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 2, 2014

*By the Court:*

| | |
|---|---|
| No.: 14-8003 | MOTOROLA MOBILITY LLC,<br>Plaintiff - Appellant,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br>Defendants-Appellees. |

| **Originating Case Information:** |
|---|
| District Court No: 1:09-cv-06610<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall |

The following are before the court:

1.    **PETITION FOR HEARING EN BANC OF MOTOROLA MOBILITY, LLC**, filed on July 9, 2014, by counsel for the appellant.

2.    **APPELLANT'S MOTION TO CONDITIONALLY WITHDRAW PETITION FOR HEARING EN BANC**, filed on August 26, 2014, by counsel for the appellant.

Pursuant to United States Court of Appeals for the Seventh Circuit Operating Procedure 5(a), (b) and (g), the request for an answer, or a request for a vote when no answer is requested, must be made within 14 days from the distribution of the petition for hearing en banc. No judge in active service has requested a vote on the petition for hearing en banc.[1] Accordingly,

    **IT IS ORDERED** that the petition for hearing en banc is **DENIED.**

The appellant's motion to conditionally withdraw petition for hearing en banc therefore is dismissed as moot.

---

[1] Judge Flaum did not participate in consideration of this petition.