# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 9, 2014

*By the Court:*

| | |
|---|---|
| No.: 14-8003 | MOTOROLA MOBILITY LLC,<br>Plaintiff - Appellant,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br>Defendants-Appellees. |
| **Originating Case Information:** | |
| District Court No: 1:09-cv-06610<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall | |

The following are before the court:

1.  **BRIEF OF THE AMERICAN ANTITRUST INSTITUTE AS AMICUS CURIAE IN SUPPORT OF APPELLANT**, filed on September 5, 2014, by counsel.

2.  **MOTION FOR LEAVE TO FILE MOTION AND BRIEF AS OF SEPTEMBER 5, 2014, DUE TO TECHNICAL E-FILING ISSUE**, filed on September 8, 2014, by counsel.

**IT IS ORDERED** that the motions for leave to file briefs as amicus curiae are **DENIED**.

form name: **c7_Order_BTC**(form ID: **178**)