# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | | Office of the Clerk |
|---|---|---|
| Room 2722 - 219 S. Dearborn Street | | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | | www.ca7.uscourts.gov |

## ORDER

September 9, 2014

*By the Court:*

| | MOTOROLA MOBILITY LLC, Plaintiff - Appellant, |
|---|---|
| No.: 14-8003 | v. |
| | AU OPTRONICS CORPORATION, et al., Defendants-Appellees. |

| **Originating Case Information:** |
|---|
| District Court No: 1:09-cv-06610 |
| Northern District of Illinois, Eastern Division |
| District Judge Joan B. Gottschall |

The following is before the court: **APPELLEES' RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF**, filed on September 9, 2014, by counsel for the appellees.

In light of this court's order denying the motions for leave to file amicus curiae briefs,

**IT IS ORDERED** that the response will be filed without further court action.

form name: **c7_Order_BTC**(form ID: **178**)