# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 12, 2015

| Before: | RICHARD A. POSNER, Circuit Judge |
| --- | --- |
| | MICHAEL S. KANNE, Circuit Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |

| No.: 14-8003 | MOTOROLA MOBILITY LLC,<br>Plaintiff - Appellant,<br>v.<br>AU OPTRONICS CORPORATION, et al.,<br> Defendants-Appellees. |
| --- | --- |
| **Originating Case Information:** ||
| District Court No: 1:09-cv-06610<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall ||

    The judgment of the District Court is AFFIRMED, with costs, in accordance with the Amended decision of this court entered on this date.